*Compiler of Law*

FILED
SUPERIOR COURT
OF GUAM

2013 AUG 16 PM 4: 33

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

SHAWN MICHAEL LUJAN,

                    Plaintiff,

    v.

ESTATE OF ISABEL CRUZ SANTOS
ROSARIO and ROSA CRUZ PEREZ,

                    Defendants.

BARBARA L. CAMACHO,

                    Plaintiff,

    v.

NICOLE ANN CHARGUALAF, as
ADMINISTRATRIX OF THE ESTATE OF
ISABEL CRUZ SANTOS ROSARIO,
deceased, and ROSA CRUZ PEREZ,

                    Defendants.

ESTATE OF ISABEL CRUZ SANTOS
ROSARIO,

                    Third Party Plaintiff,

    v.

GOVERNMENT OF GUAM,
                    Third Party Defendant.

CIVIL CASE NO. CV0505-12

**DECISION AND ORDER**

## INTRODUCTION

This matter came before the Honorable Arthur R. Barcinas on the 16th day of August, 2013, for hearing on Third Party Defendant Government of Guam's ("the Government's") Motion for Summary Judgment. Assistant Attorney General Robert Weinberg represented the Government, Attorney Brooke Wright of Torres Law Group represented Defendant/Third Party Plaintiff Estate of Isabel Cruz Santos Rosario's ("the Estate") with Attorney Phillip Torres on the brief, and Attorney Michael Berman of Berman O'Connor and Mann represented Plaintiff Shawn Michael Lujan. For the reasons set forth below, the Court grants the Government's Motion for Summary Judgment.

### I. Background

This case arises out of injuries suffered as a result of a tree limb that broke from a tree and fell onto a public street during a Liberation Day parade. The Estate Defendants are alleged by the Plaintiff to be the owners of the land on which the tree was located. The Estate brought a third party claim against the Government, alleging that the tree was at least partially on Government land. The Government has moved for summary judgment.

### II. Summary Judgment Standard

Summary judgment should be granted when no material facts are in dispute and the moving party is entitled to judgment as a matter of law. *Iizuka Corporation v. Kawasho International (Guam), Inc*, 1997 Guam 10 ¶ 7. The initial burden is on the moving party and the court must review the facts in the light most favorable to the non-moving party. *Id.* at ¶ 8. However, if the movant can demonstrate that there exists no genuine issue of material fact, the non-movant – here, the Estate – cannot merely rely upon the assertions contained in the

complaint, but must produce significant probative evidence showing that there is a genuinely disputed issue of material fact that must be determined at trial. *Id.*

### III. Legal Standard

"[I]n order to be liable for injury caused by a harmful or dangerous condition on a property, there must be negligence on the part of the property owner itself." *Henderson v. McDonald's Intern. Property Co., Ltd.*, 2006 Guam 2 ¶ 23. In order to establish that a property owner was negligent, the plaintiff must show that the property owner breached its duty of care of reasonable maintenance of premises by proving "either that the property owner caused the dangerous condition, or had actual or constructive knowledge of such condition." *Id.* at ¶ 21. If the plaintiff cannot show that the owner caused the condition, and instead attempts to show actual or constructive knowledge of the dangerous condition, the plaintiff must additionally show that the owner had knowledge of the condition "in sufficient time to correct it." *Id.* at ¶ 23.

The Estate has never claimed that the Government actively caused any hazardous condition on the property. Thus, it remains to the Estate to show that a genuine question remains as to the Government's actual or constructive knowledge of the hazardous condition.

### IV. Estate's Evidentiary Showing

The Estate has not provided any evidence beyond the bare allegations in its pleadings demonstrating to the Court's satisfaction that, as to the Government, there remains any genuine issue of material fact to be tried in this case. The Estate has pointed to no evidence – no deposition testimony, no affidavits, no declaration, no exhibits, no discovery answers – raising even the slightest suggestion of actual or constructive knowledge on the part of the Government of a hazardous condition on its property. In light of the Estate's insufficient evidentiary

showing, the Court concludes that the Government is entitled to judgment as a matter of law on its liability in this case.

**CONCLUSION**

For the reasons set forth above, the Government's Motion for Summary Judgment is GRANTED.

AUG 1 6 2013

**IT IS SO ORDERED** this _____ day of August, 2013.

HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

AUG 1 6 2013

Cynthia T. Tiong
Deputy Clerk, Superior Court of Guam